AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| Marcos Aguirre | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-02582-MPB-TAB |
| Avant, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Avant, LLC                                                                                           .

Date:    01/28/2026

/s/ Brian W. Ledebuhr
*Attorney's signature*

Brian W. Ledebuhr (6294417IL)
*Printed name and bar number*

Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601

*Address*

bledebuhr@vedder.com
*E-mail address*

312-609-7500
*Telephone number*

312-609-5005
*FAX number*