**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **MARCOS AGUIRRE,** | ) | |
| | ) | **Case No. 1:25-cv-2582** |
| **Plaintiff,** | ) | |
| | ) | **District Judge Brookman** |
| v. | ) | **Magistrate Judge Baker** |
| | ) | |
| **AVANT, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF SETTLEMENT AND**
**REQUEST TO STAY ALL DEADLINES**

Plaintiff, MARCOS AGUIRRE, hereby respectfully apprises this Honorable Court that the parties have reached a settlement of the above-captioned matter.  Plaintiff further states as follows:

1.      The parties are currently in the process of preparing formal documents necessary to memorialize the terms and conditions of the settlement of this matter.

2.      Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for further court filings.

3.      Plaintiff specifically requests that the Initial Pretrial Conference scheduled for March 25, 2026, be stricken.

Respectfully submitted,
**MARCOS AGUIRRE**

By: ___ s/ David M. Marco _____
Attorney for Plaintiff

Page 1 of 2

Dated: February 25, 2026

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
7204 Kyle Court
Sarasota, FL 34240
Telephone:  (312) 546-6539
Facsimile:  (888) 418-1277
E-Mail:       dmarco@smithmarco.com